UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS JAIME,

                   Plaintiff,

        -against-

C.O. WATSON.,

                   Defendant.

26 CIVIL 002867 (LTS)

## CIVIL JUDGMENT

For the reasons stated in the June 18, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   June 22, 2026
         New York, New York

                     /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
             Chief United States District Judge